■ VYTRA HEALTH PLANS, Respondent, v COLOSSAL CARTING CORP. et al., Defendants. DENNIS BURKE, JR., Nonparty Appellant. [874 NYS2d 379]—In a subrogation action to recover insur-

ance benefits paid on behalf of the plaintiff's insured, nonparty Dennis Burke, Jr., the plaintiff's insured, appeals from so much of an order of the Supreme Court, Suffolk County (Pines, J.), dated August 28, 2007, as, in effect, upon reargument, denied that branch of the defendants' motion which was for summary judgment dismissing the complaint.

Ordered that the appeal is dismissed, with costs.

Inasmuch as the nonparty appellant is not aggrieved by the order appealed from, his appeal must be dismissed (see CPLR 5511). Fisher, J.P., Covello, Angiolillo and Dickerson, JJ., concur.